UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

ROBERTO DAVID
GUTIERREZ TOVAR,

      Petitioner,

v.                                                                No. 1:26-CV-235-H

TODD LYONS, et al.,

      Respondents.

### FINAL JUDGMENT

    For the reasons stated in the Court's Order (Dkt. No. 3), it is ordered, adjudged, and decreed that the petition for a writ of habeas corpus (Dkt. No. 1) is denied with prejudice.

    The Clerk of Court is directed to close the case.

    So ordered on June _2_, 2026.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE